IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-02246-CMA-CBS

REBECCA COLE,

      Plaintiff,

v.

APCOMPOWER, INC.,
a Division of Alston Power,

      Defendant.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Amend Complaint *(doc. # 17)* is GRANTED. Plaintiff's Amended Complaint *(doc no. 17-2)*, tendered to the court on December 31, 2009, is accepted for filing as of the date of this order.

**DATED:**      January 5, 2010